**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John W. Lynch, | No. CV 05-0852 PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| John E. Potter, Postmaster General, | |
| Defendant. | |

On November 28, 2005, the Court entered an order noting that Plaintiff had not properly served Defendant within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. Doc. #10. Since that time, Plaintiff has filed several additional motions, but has not completed service on Defendant. Plaintiff has filed a response to the Court's order (Doc. #12), a motion for default judgment (Doc. #13), and two motions for status of the case (Docs. ##14, 15). In none of these filings does Plaintiff suggest that he has properly served Defendant. Because Plaintiff is acting *pro se*, the Court will afford him one additional opportunity to serve the complaint properly.

Plaintiff's previous filings make clear that he has mailed the complaint to various individuals by certified mail. Doc. #5. Absent consent and waiver by the defendants, certified mail does not constitute proper personal service of a complaint under Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(d). Rule 4(e) sets forth the procedure for serving individuals within a judicial district of the United States. Rule 4(i) sets forth the procedures for serving the United States, its agencies, corporations, officers or

employees. Plaintiff should review these rules and comply with them in serving the complaint in this case. If Plaintiff fails to do so within 60 days of this order, the Court will dismiss this action. Plaintiff has had ample time and warning to comply with the service requirements of the Federal Rules of Civil Procedure.

**IT IS ORDERED:**

1. Plaintiff's motion for default judgment (Doc. #13) is **denied**.

2. Plaintiff's motion for status of case and to show cause (Doc. #14) is **denied**.

3. Plaintiff's motion for status of case and to show cause (Doc. #15) is **denied**.

4. This matter will be dismissed 60 days from the date of this order if Plaintiff fails to serve the complaint properly or to show good cause for his failure to serve the summons and complaint.

DATED this 2nd day of May, 2006.

*David G. Campbell*
David G. Campbell
United States District Judge