**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John W. Lynch, | No. 05-0852-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| John E. Potter, Postmaster General, | |
| Defendant. | |

Plaintiff has filed a "Motion to Strike Unlawful Order By the Court and Grant Plaintiff Judgment and Relief." Dkt. #19. Defendant has not replied. The Court will deny Plaintiff's motion.

**A.   Analysis.**

Plaintiff's motion expresses disagreement with earlier Court orders and requests default judgment against Defendants. First, Plaintiff argues that the Court's order is "not signed nor logged." Dkt. #19 at 1. Plaintiff seems to be referring to one of two orders (Dkt. ##16, 18) that he attached to his motions. Both of these orders were signed by the Court and entered in its docket.

Plaintiff also takes issue with the Court's order of May 2, 2006 directing Plaintiff to serve Defendant within 60 days or have the case dismissed. Dkt. #19 at 2. There, the Court noted that Plaintiff had mailed the complaint to various individual defendants, but had not complied with Rule 4 of the Federal Rules of Civil Procedure. Dkt. #16 at 1. Plaintiff argues

that he is entitled to default judgment because Defendants did not respond to his complaint, even though he failed to serve Defendants properly. Defendants need not take action in this case until properly served, nor was the Court's order "unlawful." *See* Dkt. #19 at 1-2.

The Court's order of December 15, 2006 confirmed that Plaintiff had still not served the Defendants in accordance with Rule 4 and directed him to complete the service within 60 days. Dkt. #25. This order rendered Plaintiff's motion largely moot by explaining why Plaintiff had not effected proper service.

Plaintiff accuses the Court of engaging in ex parte communications with Defendants and demands, under the Freedom of Information Act, the contents of any such communications between the Court and the Defendants. The Court has had no ex parte communications with Defendants.

**IT IS ORDERED:**

Plaintiff's "Motion to Strike Unlawful Order By the Court and Grant Plaintiff Judgment and Relief" (Dkt. #19) is **denied**.

DATED this 5th day of March, 2007.

_____
David G. Campbell
United States District Judge